# PARKER HANSKI LLC

MEMO ENDORSED

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/30/2022__
```

June 28, 2022

Via ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York

      **Re:**   *Ashley Francis v. West Broadway Glass Company, LLC and Flipper's NYC LLC*

              **Docket No. 1:22-cv-02218 (VEC) (RWL)**

Dear Judge Caproni:

      We represent the plaintiff in the above-entitled action. On behalf of all parties, we write to respectfully ask the Court to refer this case to the Southern District's Mediation Program. Pursuant to paragraph 5 of Your Honor's Order of March 18, 2022, we also respectfully ask that the July 15, 2022 Initial Pretrial Conference be adjourned by sixty days as well as the corresponding deadlines to submit a joint letter, Defendants' time to respond to the Complaint, and proposed Case Management Plan and Scheduling Order. The parties believe that such a referral would be beneficial toward a resolution. Thank you for your time and attention to this matter. With kindest regards, I am

                        very truly yours,

                        /s/
                      Glen H. Parker, Esq.

---

Application GRANTED. The initial pre-trial conference is hereby ADJOURNED *sine die*. The Court will refer the parties to mediation by separate order. The parties must submit a status update within one week from the mediation conference.

SO ORDERED.

*[signature]*      Date: 6/30/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE