

MEMO ENDORSED

## PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2023
```

January 2, 2023

<u>VIA ECF</u>
The Honorable Valerie E. Caproni
United States District Judge
United States District Court

Re:  *Ashley Francis v. West Broadway Glass Company, LLC and Flipper's NYC LLC*

**Docket: 1:22-cv-02218 (VEC) (RWL)**

Dear Judge Caproni:

We represent the plaintiff in the above-referenced matter. On behalf of all the parties, we write to respectfully ask the Court for a thirty (30) day extension of the deadline to reopen this case. (See ECF Document #21). This is the first application to extend this deadline and all parties consent. The reason for this request is because the parties need the additional time to have the settlement agreement fully executed and thereafter file a stipulation of dismissal. Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Glen H. Parker, Esq.

---

Application DENIED. On December 2, 2022, the Court dismissed this matter with prejudice. *See* Order, Dkt. 21. The Court instructed the parties that they could apply to reopen the case upon a showing of "good cause for holding the case open in light of the parties' settlement . . . ." *Id.* Failure to finalize a settlement agreement does not constitute good cause.

SO ORDERED.

*[signature: Valerie Caproni]*         Date: 1/6/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE